723 A.2d 173

## PENNSYLVANIA SOCIETY OF INTERNAL MEDICINE and Robert B. Sklaroff, M.D.,

v.

## INSURANCE DEPARTMENT, HIGHMARK, INC., Intervenor.

Appeal of Robert B. Sklaroff, M.D.

No. 196 M.D. 1998.

Supreme Court of Pennsylvania.

Jan. 21, 1999.

## ORDER

PER CURIAM.

AND NOW, this 21st day of January, 1999, the direct appeal is quashed; the matter is treated as a petition for allowance of appeal and denied.